IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BANK OF NEW YORK MELLON,       ) | |
| ) | |
| Plaintiff,       ) | |
| vs.       ) | No. 3:13-CV-903-M-BH |
| ) | |
| AUDREY COLEMAN       ) | |
| ) | |
| Defendant.       ) | Referred to U.S. Magistrate Judge |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, this action will be *sua sponte* **REMANDED** to the Dallas County Court at Law No. 4 by separate judgment.

**SIGNED** this 10th day of April, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS